

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00098-CR

AnnaMarie Salinas **JEITANI,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3588
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The court reporter's notification of late reporter's record is NOTED. Because appellant timely filed a motion for new trial, the reporter's record is due June 10, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court